1  ANDREWS KURTH LLP                          (Space Below Reserved for Filing Stamp Only)
   Ralph W. Tarr, State Bar No. 072893
2  *rtarr@andrewskurth.com*
   601 South Figueroa, Suite 3700
3  Los Angeles, California 90017
   Telephone:  213.896.3100
4  Facsimile:  213.896.3137

5

   Attorneys for Receiver
6  WILLIAM D. BROWN

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **OAKLAND DIVISION**

11  SECURITIES AND EXCHANGE                 Misc. Civ. Action No.
    COMMISSION,                             CV-07-80175-MISC.
12
                 Plaintiff,
13                                          **AMENDED NOTICE OF**
           v.                               **RECEIVERSHIP**
14
    AMERIFIRST FUNDING, INC. AKA
15  AMERI-FIRST FUNDING, INC. AKA
    AMERI FIRST FUNDING, INC.,
16  AMERIFIRST ACCEPTANCE CORP.,
    JEFFREY C. BRUTEYN, DENNIS W.
17  BOWDEN,

18               Defendants,

19  and,

20  AMERICAN EAGLE ACCEPTANCE
    CORP., HESS FINANCIAL CORP.,
21
                 Relief Defendants.
22

23

24         The United States District Court for the Northern District of Texas appointed

25  William D. Brown of Weaver and Tidwell, L.L.P. as the temporary receiver

26  ("Receiver") for receivership assets in the case styled *Securities and Exchange*

27  *Commission v. Amerifirst Funding, Inc. aka Ameri-First Funding, Inc. aka Ameri*

28  *First Funding, Inc., Amerifirst Acceptance Corp., Jeffrey C. Bruteyn, Dennis*

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

LOS:110327.1              **AMENDED NOTICE OF RECEIVERSHIP**

1  *Bowden, Defendants and American Eagle Acceptance Corp., and Hess Financial*

2  *Corp., Relief Defendants*, Civil Action No. 3-07CV1188-D (the "Texas Action").

3  On July 25, 2007, the Securities and Exchange Commission filed its First

4  Amended Complaint seeking to add certain additional relief defendants.  The Court

5  entered an Amended Order Appointing Receiver on August 2, 2007, adding

6  Interfinancial Holdings Corp., Hess International Properties, LLC, Hess

7  International Investments, S.A., United Financial Markets, Inc. and Gerald

8  Kingston as relief defendants.  The Court also entered a Supplemental Order

9  Freezing Assets, Requiring an Accounting, Requiring Preservation of Documents,

10  Requiring Repatriation of Assets, and Authorizing Expedited Discovery on August

11  2, 2007, supplementing its Order Granting Preliminary Injunction and Other

12  Equitable Relief, which was entered on July 31, 2007.

13      / / /

14      / / /

15      / / /

16      / / /

17      / / /

18      / / /

19      / / /

20      / / /

21      / / /

22      / / /

23      / / /

24      / / /

25      / / /

26      / / /

27      / / /

28

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

2

LOS:110327.1                **AMENDED NOTICE OF RECEIVERSHIP**

1  The Receiver, having posted bond with the United States District Court for
2  the Northern District of Texas, hereby gives notice of the Amended Receivership
3  Order pursuant to 28 U.S.C. § 754 to this district, where Receivership Assets, as
4  defined in the Amended Order Appointing Temporary Receiver, may be located.
5  Attached are certified copies of the following documents filed in the Texas Action:

6       a.     First Amended Complaint;

7       b.     Order Granting Preliminary Injunction and Other Equitable Relief;

8       c.     Amended Order Appointing Temporary Receiver; and

9       d.     Supplemental Order Freezing Assets, Requiring an Accounting,
10  Requiring Preservation of Documents, Requiring Repatriation of Assets, and
11  Authorizing Expedited Discovery.

12       Respectfully submitted,

13  DATED:  August 10, 2007     ANDREWS KURTH LLP

14

15

16       By:  s/Ralph W. Tarr

17       Attorneys for Receiver
     William D. Brown
     E-mail:  rtarr@andrewskurth.com

18

19  Of Counsel:

20  **ANDREWS KURTH LLP**
     Spencer C. Barasch
21  State Bar No. 00789075
     Suzanne B. Campbell
22  State Bar No. 24027547
     Matthew G. Nielsen
23  State Bar No. 24032792
     Darla Stockton Roden
24  State Bar No. 240032792
     1717 Main Street, Suite 3700
25  Dallas, Texas  75201
     (214) 659-4400 (Telephone)
26  (214) 659-4401 (Facsimile)

27

28

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

3

**ANDREWS KURTH LLP**
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100

## <u>CERTIFICATE OF SERVICE</u>

STATE OF CALIFORNIA           )
                              )  ss.
COUNTY OF LOS ANGELES         )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 S. Figueroa Street, Suite 3700, Los Angeles, California 90017-5742.

     On **August 10, 2007,** I served the foregoing document described as **AMENDED NOTICE OF RECEIVERSHIP** on the parties having appeared in this action:

### *SEE ATTACHED SERVICE LIST*

☒     by placing true copies (☐ the original) thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☒     **BY FIRST CLASS MAIL:** I placed true copies in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service with postage thereon fully prepaid on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to the offices of the addressee so specified on the attached service list. A Proof of Personal Service will be filed with the Court forthwith.

☐     **BY OVERNIGHT DELIVERY:** I am "readily familiar with the firm's· practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to CCP §§ 1005(b) and/or 1013(d)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐     **BY HAND DELIVERY:** I delivered such envelope to the parties listed on attached service list.

☐     **BY FACSIMILE TRANSMISSION:** I caused to be transmitted via telecopier the within document to the offices of the addressee at the facsimile telephone number listed.

☒     **FEDERAL:** I declare under penalty of perjury that the above is true and correct.

Executed on **August 10, 2007,** at Los Angeles, California.

_____
Katerina Klouda

LOS:110204.1

1

## <u>SERVICE LIST</u>

2

3        *Securities and Exchange Commission vs. Amerifirst Funding, Inc., et al.*

4                        United States District Court
                        For the Northern District of California
5                              Oakland Division

6                    Misc. Civ. Action No. CV-07-80175-MISC.

7

8    Jeffrey B. Norris                    Attorneys for Plaintiff Securities and
     U.S. Securities & Exchange Commission    Exchange Commission
9    801 Cherry St., 19th Floor
     Fort Worth, Texas 76102
10

11
     Phillip W. Offill, Jr.               Attorneys for Defendant Amerifirst Funding,
12   3131 McKinney Avenue, Ste. 535       Inc. *aka* Ameri-First Funding, Inc. *aka*
     Dallas, Texas 75204                  Ameri First Funding, Inc., Amerifirst
13                                        Acceptance Corp., Jeffrey C. Bruteyn,
                                          Dennis W. Bowden
14                                         & Relief Defendants American Eagle
                                          Acceptance Corp. and Hess Financial Corp.
15

16
     Edwin J. Tomko                       Attorneys for Gerald Kingston and United
17   Curran Tomko Tarski LLP              Financial Markets
     1700 Pacific Avenue, Suite 4545
18   Dallas, Texas  75201

19

20

21

22

23

24

25

26

27

28

ANDREWS KURTH LLP
601 SOUTH FIGUEROA STREET, SUITE 3700
LOS ANGELES, CALIFORNIA 90017-5742
(213) 896-3100